# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00076-CV

**Neely Joe Ellis, M.D., Appellant**

**v.**

**Texas State Board of Medical Examiners; Lee Anderson, M.D. and Donald W. Patrick, M.D. in their official capacity as President and Executive Director, of the TSBME, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. GN104149, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Neely Joe Ellis, M.D. has filed a notice of withdrawal of appeal, informing this Court of his intent to withdraw his appeal. We will treat appellant=s notice of withdrawal of appeal as an appellant=s motion to dismiss and grant it. Accordingly, we dismiss the appeal on appellant=s motion. *See* Tex. R. App. P. 42.1(a)(2).

_____

Lee Yeakel, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant=s Motion

Filed: February 13, 2003